ARTHUR HOWARD v. BOARD OF ADJUSTMENT OF THE
TOWNSHIP OF LIVINGSTON.

September 30, 1980.

Petition for certification denied.

ARTHUR HOWARD v. BOARD OF ADJUSTMENT OF THE
TOWNSHIP OF LIVINGSTON.

September 30, 1980.

Cross-petition for certification denied.

LE CROSS ASSOCIATES v. MANHATTAN SAVINGS BANK.

September 30, 1980.

Petition for certification denied.

SCHIAVONE–DAIDONE ELECTRIC, INC. v. NEW JERSEY
DEPARTMENT OF TRANSPORTATION.

September 30, 1980.

Petition for certification denied.